IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00256-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| KAMIA AREKAI SAULSBERRY | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se Motion to Dismiss Bond, (Doc. No. 240), to which the government has not objected.

The defendant was arrested in the Central District of California and posted an appearance bond of $100,000, secured by her grandparent's home. (Doc. No. 15: Rule 5(c)(3) Documents). The defendant pled guilty and was sentenced to probation, (Doc. No. 175: Judgment at 1-2); thus, there is no longer any need for a bond to insure the defendant's appearance in this case.

**IT IS, THEREFORE, ORDERED** that the defendant's bond be exonerated.

Signed: November 20, 2014

Robert J. Conrad, Jr.
United States District Judge